# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Steyer, | Case No. 2:23-cv-01578-KJN |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** |
| v. | |
| Uber Technologies, Inc., | |
| Defendant. | |

Pursuant to Local Rule 144, Plaintiff Samuel Steyer and Defendant Uber Technologies, Inc. jointly move this Court for an extension of time for Defendant to file its responsive pleading in this case.

For good cause shown, the Joint Motion to Extend Time to Respond to Initial Complaint is hereby GRANTED. Defendant has up to October 26, 2023, to file its responsive pleading.

IT IS SO ORDERED.

Dated:  October 3, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stey.1578

.

ORDER