UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL STEYER, | 2:23-cv-01578-KJN |
| Plaintiff, | ORDER |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

This case was filed on July 31, 2023, and randomly assigned to the undersigned under Appendix A of the Local Rules. (ECF Nos. 1, 3.) On October 26, 2023, defendant filed an answer to the complaint. (ECF No. 9.) Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline forms within ninety days of the date the action was filed, in this case by October 29, 2023. (ECF No. 3 at 2.) That deadline passed, and not all parties have filed their Consent/Decline forms. If not all parties consent to magistrate judge jurisdiction, this case will be reassigned to a district judge. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1).

Further, defendant's answer filed on October 26, 2023, triggers the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 3, para. 3.)  However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c).  In the event that not all parties consent, this case would be randomly reassigned to a district judge as presiding judge, and that district judge would direct the case's scheduling.

Accordingly, all parties shall file their consent/decline forms, ECF No. 3-1 at 4, within seven days of this order.

IT IS SO ORDERED.

Dated:  November 2, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stey.1578