

# United States District Court
# Eastern District of California

| Samuel Steyer, | |
|---|---|
| Plaintiff(s) | Case Number: 2:23-cv-01578-DAD-KJN |
| V. | |
| Uber Technologies, Inc., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zach Chaffee-McClure hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Uber Technologies, Inc.

On 04/25/2008 (date), I was admitted to practice and presently in good standing in the Supreme Court of Kansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/12/2024         Signature of Applicant: /s/ Zach Chaffee-McClure

**Pro Hac Vice Attorney**

Applicant's Name: Zach Chaffee-McClure
Law Firm Name: Shook, Hardy & Bacon L.L.P.
Address: 2555 Grand Boulevard

City: Kansas City   State: MO   Zip: 64108
Phone Number w/Area Code: (816) 474-6550
City and State of Residence: Roeland Park, KS
Primary E-mail Address: zmcclure@shb.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David Polyakov
Law Firm Name: Shook, Hardy & Bacon L.L.P.
Address: 555 Mission Street
Suite 2300

City: San Francisco   State: CA   Zip: 94105
Phone Number w/Area Code: (415) 544-1900   Bar #: 341577

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 12, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT